AO 450 (Rev. 5/85)

# United States District Court
## EASTERN DISTRICT OF NORTH CAROLINA

MICHAEL STEWART, )
        Plaintiff, )
         ) **JUDGMENT IN A CIVIL CASE**
         ) **CASE NO. 5:06-CV-232-F**
    v. )
         )
AVAYA, INC., )
        Defendant. )

____ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that Michael Stewart's Motions for New Trial, Amendment of Judgment, Relief from Judgment and Stay of Proceedings to Enforce Judgment is DENIED as is Stewart's request for a hearing. Plaintiff Michael Stewart is ORDERED to pay Avaya the sum of $2,269.50.

    THE ABOVE JUDGMENT WAS ENTERED TODAY, **September 19, 2008**, AND A COPY MAILED VIA ELECTRONICALLY OR BY REGULAR MAIL TO:

| | |
|---|---|
| Tonya L. Ford | Kevin J. Dalton |
| Capital City Bld., 16 West Martin St. | 227 West Trade St. |
| Suite 604 | Suite 2020 |
| Raleigh, NC 27601 | Charlotte, NC 28202 |

| | |
|---|---|
| September 19, 2008 | DENNIS P. IAVARONE |
| Date | Clerk of Court |
| | /s/ Susan K. Enyart |
| *Wilmington, North Carolina* | *(By) Deputy Clerk* |