IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:06-CV-00232-F

| | |
|---|---|
| MICHAEL STEWART, ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| AVAYA, INC., ) | |
|     Defendant. ) | |

This matter is before the court on Plaintiff Michael Stewart's letter dated August 19, 2015 [DE-40], which the court construes as a Motion for Relief from Final Judgment pursuant to Fed. R. Civ. P. 60(b). The instant motion was filed on August 24, 2015. Plaintiff, however, failed to file a Certificate of Service as required by Fed. R. Civ. P. 5(d)(1). On August 25, 2015, the Clerk sent a Notice of Deficiency to Plaintiff, and directed Plaintiff to file a Certificate of Service. Plaintiff has failed to comply. Accordingly, Plaintiff's motion is DENIED without prejudice to refile.

SO ORDERED.

This the 6 day of October, 2015.

                                                      JAMES C. FOX
                                                    Senior United States District Judge