IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:06-CV-00232-F

| | | |
|---|---|---|
| MICHAEL STEWART, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| AVAYA, INC., | ) | |
| Defendant. | ) | |

This matter is before the court on Plaintiff Michael Stewart's letter dated October 2, 2015 [DE-42], which the court construes as a Motion for Relief from Final Judgment pursuant to Fed. R. Civ. P. 60(b). The instant motion was filed on October 13, 2015. Plaintiff, however, failed to file a Certificate of Service as required by Fed. R. Civ. P. 5(d)(1). On October 14, 2015, the Clerk sent a Notice of Deficiency to Plaintiff, directing Plaintiff to file a Certificate of Service. Plaintiff has failed to comply. Accordingly, Plaintiff's motion is DENIED without prejudice to refile.

SO ORDERED.

This the 24 day of November, 2015.

_____
JAMES C. FOX
Senior United States District Judge